

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

RECEIVED
APR 21 2008
APR 21, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NAJAM ALDIN
_____

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Illinois Department of Corrections

C/O Scot Workman

Major J. Banal

C/O Sachen

C/O Gaylord

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

08CV2263
JUDGE SHADUR
MAG. JUDGE MASON

Case No. _____
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

**xxxx**     COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

_____     COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

_____     OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

    A. Name: Najam Aldin

    B. List all aliases: Calvin Eddie

    C. Prisoner identification number: R13132

    D. Place of present confinement: Vandalia Correctional Center

    E. Address: PO Box 500 Vandalia, IL 62471

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A. Defendant: Illinois Department of Corrections, Steven Mensing

        Title: Warden

        Place of Employment: Vandalia Correctional Center

    B. Defendant: Scott Workman

        Title: Corrections Officer

        Place of Employment: Vandalia CC

    C. Defendant: Clifford Sachan

        Title: Corrections Officer

        Place of Employment: Vandalia CC

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

II. **Defendants (cont'd)**

    A. Defendant: Adam Gaylord

       Title: Corrections Officer

       Place of Employment: Vandalia CC

    B. Defendant: J. Banal

       Title: Major, Shift Commander

       Place of Employment: Vandalia CC

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: _N/A_____

B. Approximate date of filing lawsuit: _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

D. List all defendants: _____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F. Name of judge to whom case was assigned: _____

G. Basic claim made: _____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV.     **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I arrived at Vandalia on 9-26-07 during the month of Ramadan. After 7 days of speaking with the Counselor Tiffany Pruett, a chaplain by the last name of Kline came to Vandalia and had me placed on their Ramadan list. On the morning of 10-4-07, I was awakened before sunrise at approximately 4:00 AM and escorted to a classroom where there were other practicing muslims. We read the Quran, we had prayer and we walked to the dining hall and had breakfast. At sunset (6:00 PM), I was waiting to be escorted to the dining hall for prayer and dinner. C/O Scott Workman became angry about me participating in Ramadan and stated that I could not eat unless I spoke to Shift Commander J. Bagal. I had an encounter with Bagal on 9-26-07 when I arrived at Vandalia during the daylight hours with my bag lunch un-eaten in my possession. My lunch consisted of a juice, a bag of potato chips, and a turkey sandwich. I informed

the officers that I was muslim and in observance of Ramadan, I would eat when the sunset. My food was taken and thrown in the trash can. I was ordered to eat with the non-muslim inmates or starve! On the date of 10-4-07, after fasting and praying, the shift commander J. Banal told me that I was not going to break my fast with the other muslims, and that I was a piece of shit inmate with no rights. I was forced to strip naked and locked in a segregation cell.

I was released from the segregation cell the next day and labeled a discipline problem. I was ordered again to ignore my religion and eat with the non-muslim prisoners, who taunted and provoked me; many of the inmates knew of my religious prohibition of eating during the daytime in the month of Ramadan. I became a target for harassment by other Correctional officers, and I was forced to finish Ramadan in the segregation cells where I saved my food and ate it after sunset.

I was punished severely with 2 ninety day terms in which my visiting privileges were taken. I also was subject to 30 days of no phone communication privileges. This occurred in January and February of 2008 by C/O Sachon and C/O Gafford.

5

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am seeking monetary compensation in the amount of $8000 (COMPENSATORY, PUNITIVE, AND NOMINAL DAMAGES) and furthermore institution of accurate Islamic procedure during the month of Ramadan for any muslim transferred to Vandalia Correctional Center.

VI. The plaintiff demands that the case be tried by a jury.  ☒ YES   ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  1ST  day of  April , 20 08

_Najam Al Din_
(Signature of plaintiff or plaintiffs)

NAJam AlDin
(Print name)

R13132
(I.D. Number)
Vandalia Correctional Center

PO Box 500

Vandalia, IL 62471
(Address)

6

Revised 9/2007


**ILLINOIS DEPARTMENT OF CORRECTIONS**
**COMMITTED PERSON'S GRIEVANCE**

Date: 10-5-07
Committed Person (Please Print): NAJam AL-DiN
ID#: R13432
Present Facility: Vandalia
Facility where grievance issue occurred: Vandalia

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] Other (specify): _____

[x] Disciplinary Report: 10 / 4 / 07   Vandalia
    Date of Report                      Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent documents (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: All muslims must fast during the Holy month of Ramadan! On the date of 10-4-07 at about 6:00 pm, I was called to mess-hall to break my fast. The shift Commander on duty felt he has the authority to change the rules of Islam and the orders of the chaplain and stated that I was not to participate in Ramadan. I was extremly hungry after fasting the entire day and demanded food, I was rewarded with an insult of being called "a piece of shit inmate" with no rights to anything and furthermore stripped naked and thrown in a segregation cell, simply for following the rules of my religion which the staff at VCC authorized 1 Change

Relief Requested: Make staff aware of rules to Islam and demise staff involved who encourage of through use of tactics of force, cease muslims to Disobey Allah the Supreme! (To be treated as a full grievance) Continued on Reverse

[ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Najm Al-Din   R13432   10/5/07
Committed Person's Signature   ID#   Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: ___/___/___   [ ] Send directly to Grievance Officer   [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: RECEIVED
Vandalia Correctional Center
NOV 03 2007
Clinical Services

Print Counselor's Name   Counselor's Signature   Date of Response

**EMERGENCY REVIEW**

Date Received: 10/29/07   Is this determined to be of an emergency nature?
[ ] Yes; expedite emergency grievance
[x] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

Chief Administrative Officer's Signature   10/29/07
                                          Date

Distribution: Master File; Committed Person   Page 1   DOC 0046 (Eff. 10/2001)
                                                       (Replaces DC 5657)
Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE (Continued)**

The attached disciplinary report is an obvious lie and attempt to cause a muslim to disobey his religion. The report states that C/O and shift commander were attempting to prevent me from starting the Ramadan Fast, in actuality they were attempting to prevent me from ending my fast for that particular day. The Holy month of Ramadan is for the entire month, and even if a muslim does not fast on the 3rd day – the 4th day is still Ramadan, and he will be held accountable and deprived of his blessing for not fasting! If a muslim misses a day of fasting, he is to make it up at a later time. The staff here at Vandalia are attempting to force muslims to miss as many days of fasting in the month of Ramadan as possible. This is being done out of jealousy or possible ignorance and must not continue. Even now, staff are telling me not to fast during Ramadan and doing everything in their power to prevent my obedience to my religion!

The shift commander did indeed come to me in my segregation cell and offer his apologies and stated that he would have sent me food to eat alone, if I would have curtailed my hunger and fasted more time than necessary. Today is day 27 of the holy month of Ramadan and I choose to obey Allah the Almighty and those who disobey continue to tell me to disobey! On days 24 and 25 of Ramadan, my food was brought to me in the dormitory. However, I was labeled a discipline problem due to my adherence to Allah's laws, and recieved tickets for disobedience or disobeying a direct order anytime I talked. I ended up finishing Ramadan in the segregation cells where I could save my food to eat at sunset and the officers in the employ were unable to write ridiculous tickets accusing me of imaginary wrong doings!

# RESPONSE TO COMMITTED PERSON'S GRIEVANCE

## Grievance Officer's Report

Date Received: 11/05/07　　Date of Review: 12/26/07　　Grievance # (optional): _____

Committed Person: Aidin, Najam　　　　　　　　　　　　ID#: R13132

Offender Aidin states that he was denied his religious right of observing Ramadan by not being allowed to go break his fast on 10/4/07.

This issue was referred to Lt. Perry who states offender Aidin just arrived at Vandalia on 10/3/07 so he would not have been on the list to attend Ramadan services.

Recommendation: Based on a total review of all available information, it is the recommendation of the Grievance Committee that this grievance be denied. Offender Aidin was not at Vandalia long enough to be on the list for Ramadan.

Karen Pierce, CCII
Print Grievance Officer's Name　　　　　　　　　　Grievance Officer's Signature
(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

## Chief Administrative Officer's Response

Date Received: 1-2-08　　☒ concur　　☐ I do not concur　　☐ Remand

Comments:

Chief Administrative Officer's Signature　　　　　　　　　1-2-08
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Date

## Committed Person's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Committed Person's Signature　　　　　　　ID#　　　　　　　Date

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender Disciplinary Report**

| | |
|---|---|
| **Type of Report:** ☒ Disciplinary ☐ Investigative | **Facility:** Vandalia Correctional Center | **Date:** 10-4-07 |

**Offender Name:** Aldin  **ID #:** R13132

**Observation Date:** 10-4-07  **Approximate Time:** 5:35 ☐ a.m. ☒ p.m.  **Location:** B Dorm

**Offense(s): DR 504:** 304 Insolence

**Observation:** (NOTE: Each offense identified above must be substantiated.) On the above date and approx. time this C/O told Inmate Aldin R13132 that the chaplain said he could not start Ramadan at this time. The above inmate said I couldn't discriminate against muslims. I told the above inmate I was following the S/C and chaplain orders. The above inmate stated you ain't no angels and the S/C probably doesn't go to church anyway. I told the above inmate that I wasn't going to listen to it. The above inmate kept getting louder and more disruptive. The offender was identified by his IDOC picture ID and number.

**Witness(es):** none

☐ Check if Offender Disciplinary Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

**Reporting Employee (Print Name):** Scott Workman  **Badge #:** 4768  **Signature:** [signature]  **Date:** 10-4-07  **Time:** 6:10 ☐ a.m. ☒ p.m.

---

**Disciplinary Action:**

**Shift Review:** ☒ Temporary Confinement  ☐ Investigative Status  **Reasons:** Seriousness of Offense

**Printed Name and Badge #:** S/c J. Bacal  **Shift Supervisor's Signature:** [signature]  **Date:** 10-4-07

**Reviewing Officer's Decision:** ☒ Confinement reviewed by Reviewing Officer  **Comment:** properly placed

☒ Major Infraction, submitted for Hearing Investigator, if necessary and to Adjustment Committee
☐ Minor Infraction, submitted to Program Unit

**Print Reviewing Officer's Name and Badge #:** Lt. Eddy 4462  **Signature:** [signature]  **Date:** 10-4-07

☒ **Hearing Investigator's Review Required** (Adult Correctional Facility Major Reports Only)

**Print Hearing Investigator's Name and Badge #:** [illegible] 4534  **Signature:** [signature]  **Date:** 10-4-07

---

**Procedures Applicable to all Hearings on Investigative and Disciplinary Reports**
You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports**
You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

☐ Check if offender refused to sign  **Offender's Signature:** [signature]  **ID#:** R13132

**Serving Employee (Print Name):** Charles [illegible]  **Badge #:** 4512  **Signature:** [signature]

**Date Served:** 10-4-07  **Time Served:** 1058 ☐ a.m. ☒ p.m.

☐ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

**Offender's Signature:** _____  **ID#:** _____

---

(Detach and Return to the Adjustment Committee or Program Unit Prior to the Hearing)

**Date of Disciplinary Report:** _____  **Print offender's name:** _____  **ID#:** _____

I am requesting that the Adjustment Committee or Program Unit consider calling the following witnesses regarding the Disciplinary Report of the above date:

| Print Name of witness | Witness badge or ID# | Assigned Cell (if applicable) | Title (if applicable) |
|---|---|---|---|
| | | | |

Witness can testify to: _____

| Print Name of witness | Witness badge or ID# | Assigned Cell (if applicable) | Title (if applicable) |
|---|---|---|---|
| | | | |

Witness can testify to: _____

Page ____ of ____
*Printed on Recycled Paper*

**Distribution:** Master File
Offender
Facility (2)

DOC 0317 (Rev. 2/2007)