# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

08CV2263
JUDGE SHADUR
MAG. JUDGE MASON

## Civil Cover Sheet

**Plaintiff(s):** NAJAM ALDIN

**Defendant(s):** ILLINOIS DEPARTMENT OF CORRECTIONS, et al.

**County of Residence:** JOHNSON

**County of Residence:**

**Plaintiff's Address:**
Najam Aldin
R-13132
Vandalia - VAN
P.O. Box 500
Vandalia, IL 62471

**Defendant's Attorney:**
Illinois Department of Corrections
100 West Randolph, Suite 4-200
Chicago, IL 60601

FILED
APR 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** [✓] Yes [ ] No

**Signature:** Q. E. Woodham  **Date:** 04/21/2008