

AO 240 (1/94)

# United States District Court

Central —— DISTRICT OF Illinois

**Plaintiff**

Najam Aldin, R13132

**F I L E D**

APR 2 1 2008

Apr 21, 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

V.

**Defendant**

Vandalia Correctional Center, et al.

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

08CV2263
JUDGE SHADUR
MAG. JUDGE MASON

CASE NUMBER

I, Najam Aldin _____ declare that I am the (check appropriate box)

[xx] petitioner/plaintiff/movant          [ ] other

In the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:        [xk] Yes        [ ] No        (If "No" go to Part 2)

   If "Yes" state the place of your incarceration  Vandalia Correctional Center

   Are you employed at the institution? _Yes_   Do you receive any payment from the institution? $15/mo.

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?        [ ] Yes        [ ] No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
      Movers Assistance          $9 per hour          Last worked 4/06
      Milwaukee Ave. Chicago, IL.    Weekly paycheck of $400

3. In the past 12 twelve months have your received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | [ ] Yes | [ ] No |
   | b. | Rent payments, interest or dividends | [ ] Yes | [ ] No |
   | c. | Pensions, annuities or life insurance payments | [ ] Yes | [ ] No |
   | d. | Disability or workers compensation payments | [ ] Yes | [ ] No |
   | e. | Gifts or inheritances | [ ] Yes | [ ] No |
   | f. | Any other sources | [ ] Yes | [ ] No |

If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.

4.  Do you have any cash or checking or savings accounts?  ☐ Yes    ☒ No

If "Yes" state the total amount. _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  ☐ Yes    ☒ No

If "Yes" describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_March 18, 2008_    _Najam Al-Din_
**DATE**    Najam, Aldin, R13132    **SIGNATURE OF APPLICANT**

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ __193.35__ on account to his/her credit at (name of institution) ___Vandalia Correctional Center___ . I further certify that the applicant has the following securities to his/her credit: _____

_____ . I further certify that during the past six months the applicant's average balance was $ _____

_3/24/08_    _Melinda Winters_
**DATE**    **SIGNATURE OF AUTHORIZED OFFICER**

Date: 3/24/2008
Time: 7:24am

d_list_inmate_trans_statement_composite

**Vandalia Correctional Center**
**Trust Fund**
Inmate Transaction Statement

Page 1

REPORT CRITERIA - Date: 08/01/2007 thru End;    Inmate: R13132;    Active Status Only ? : No;    Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print
Balance Errors Only ? : No

**Inmate: R13132 Aldin, Najam**                                **Housing Unit: VAN-I -01-69**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | **Beginning Balance:** | | 0.00 |
| 10/01/07 | Mail Room | 04 Intake and Transfers In | 274279 | 136439 | Stateville C.C. | 63.53 | 63.53 |
| 10/06/07 | Mail Room | 10 Western Union - Not Held | 279200 | 1841958844 | VERZILLO, LYNDA | 50.00 | 113.53 |
| 10/12/07 | Payroll | 20 Payroll Adjustment | 285163 | | P/R month of 09/2007 | 1.36 | 114.89 |
| 10/19/07 | Mail Room | 04 Intake and Transfers In | 292238 | 136672 | Stateville C.C. | -5.00 | 109.89 |
| 10/22/07 | Mail Room | 01 MO/Checks (Not Held) | 295282 | 036468 | Al-Din, Shahlah | 40.00 | 149.89 |
| 10/25/07 | Point of Sale | 60 Commissary | 298731 | 480519 | Commissary | -5.29 | 144.60 |
| 11/14/07 | Payroll | 20 Payroll Adjustment | 318163 | | P/R month of 10/2007 | 10.62 | 155.22 |
| 11/15/07 | Disbursements | 84 Library | 319338 | Chk #30612 | 1029, DOC: 523 Fund Library, Inv. Date: 10/29/2007 | -.05 | 155.17 |
| 11/15/07 | Point of Sale | 60 Commissary | 319731 | 482943 | Commissary | -7.33 | 147.84 |
| 12/06/07 | Point of Sale | 60 Commissary | 340731 | 485051 | Commissary | -4.51 | 143.33 |
| 12/06/07 | Mail Room | 01 MO/Checks (Not Held) | 340282 | 875386838 | Glispie, Linda | 40.00 | 183.33 |
| 12/12/07 | Mail Room | 01 MO/Checks (Not Held) | 346282 | 617422 | Al-Din, Shahlah | 25.00 | 208.33 |
| 12/13/07 | Point of Sale | 60 Commissary | 347720 | 485923 | Commissary | -197.53 | 10.80 |
| 12/13/07 | Payroll | 20 Payroll Adjustment | 347163 | | P/R month of 11/2007 | 14.40 | 25.20 |
| 12/13/07 | Disbursements | 84 Library | 347338 | Chk #30858 | 1121, DOC: 523 Fund Library, Inv. Date: 11/21/2007 | -.55 | 24.65 |
| 12/20/07 | Point of Sale | 60 Commissary | 354720 | 487342 | Commissary | -24.25 | .40 |
| 12/26/07 | Mail Room | 01 MO/Checks (Not Held) | 360282 | 620216 | Al-Din, Shahlah | 25.00 | 25.40 |
| 01/02/08 | Mail Room | 10 Western Union - Not Held | 002200 | 6782336611 | ALDIN, NAJAM | 90.00 | 115.40 |
| 01/04/08 | Disbursements | 88 Miscellaneous Payables | 004338 | Chk #31032 | 01042008, Pack Central Inc., Inv. Date: 01/04/2008 | -50.00 | 65.40 |
| 01/11/08 | Point of Sale | 60 Commissary | 011722 | 488708 | Commissary | -4.19 | 61.21 |
| 01/14/08 | Payroll | 20 Payroll Adjustment | 014163 | | P/R month of 12/2007 | 11.52 | 72.73 |
| 01/14/08 | Mail Room | 01 MO/Checks (Not Held) | 014282 | 624291 | Al-Din, Shahlah | 25.00 | 97.73 |
| 01/14/08 | Disbursements | 84 Library | 014338 | Chk #31099 | 0107, DOC: 523 Fund Library, Inv. Date: 01/07/2008 | -.15 | 97.58 |
| 01/14/08 | Disbursements | 80 Postage | 014338 | Chk #31101 | 011008, Pitney Bowes Credit Co, Inv. Date: 01/10/2008 | -.97 | 96.61 |
| 01/14/08 | Disbursements | 80 Postage | 014338 | Chk #31101 | 011008, Pitney Bowes Credit Co, Inv. Date: 01/10/2008 | -1.64 | 94.97 |
| 01/14/08 | Disbursements | 80 Postage | 014338 | Chk #31101 | 011008, Pitney Bowes Credit Co, Inv. Date: 01/10/2008 | -.97 | 94.00 |
| 01/14/08 | Disbursements | 84 Library | 014338 | Chk #31103 | 0110, DOC: 523 Fund Inmate Rei, Inv. Date: 01/10/2008 | -.30 | 93.70 |
| 01/14/08 | AP Correction | 84 Library | 014538 | Chk #31099 Voided | 0107 - DOC: 523 Fund Library | .15 | 93.85 |
| 01/14/08 | AP Correction | 84 Library | 014538 | Chk #31103 Voided | 0110 - DOC: 523 Fund Inmate Re | .30 | 94.15 |
| 01/14/08 | Disbursements | 84 Library | 014338 | Chk #31104 | 0110, DOC: 523 Fund Library, Inv. Date: 01/14/2008 | -.30 | 93.85 |
| 01/14/08 | Disbursements | 84 Library | 014338 | Chk #31104 | 0107, DOC: 523 Fund Library, Inv. Date: 01/07/2008 | -.15 | 93.70 |
| 01/15/08 | AP Correction | 80 Postage | 015538 | Chk #31101 Voided | 011008 - Pitney Bowes Credit C | .97 | 94.67 |
| 01/15/08 | AP Correction | 80 Postage | 015538 | Chk #31101 Voided | 011008 - Pitney Bowes Credit C | .97 | 95.64 |
| 01/15/08 | AP Correction | 80 Postage | 015538 | Chk #31101 Voided | 011008 - Pitney Bowes Credit C | 1.64 | 97.28 |
| 01/15/08 | Disbursements | 80 Postage | 015338 | Chk #31106 | 011008, Pitney Bowes Credit Co, Inv. Date: 01/10/2008 | -.97 | 96.31 |
| 01/15/08 | Disbursements | 80 Postage | 015338 | Chk #31106 | 011008, Pitney Bowes Credit Co, Inv. Date: 01/10/2008 | -.97 | 95.34 |
| 01/15/08 | Disbursements | 80 Postage | 015338 | Chk #31106 | 011008, Pitney Bowes Credit Co, Inv. Date: 01/10/2008 | -1.64 | 93.70 |
| 01/17/08 | Point of Sale | 60 Commissary | 017720 | 489752 | Commissary | -63.93 | 29.77 |
| 01/24/08 | Point of Sale | 60 Commissary | 024720 | 490492 | Commissary | -10.64 | 19.13 |

Date: 3/24/2008

Time: 7:24am

d_list_inmate_trans_statement_composite

**Vandalia Correctional Center**

**Trust Fund**

Inmate Transaction Statement

Page 2

REPORT CRITERIA - Date: 08/01/2007 thru End;    Inmate: R13132;    Active Status Only ? : No;    Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print
Balance Errors Only ? : No

**Inmate: R13132 Aldin, Najam**                              **Housing Unit: VAN-I -01-69**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|--------|---------|
| 01/30/08 | Disbursements | 80 Postage | 030338 | Chk #31242 | 012508, Pitney Bowes Credit Co, Inv. Date: 01/25/2008 | -.41 | 18.72 |
| 01/31/08 | Mail Room | 10 Western Union - Not Held | 031200 | 6206489149 | AL DIN, BASHEERA | 75.00 | 93.72 |
| 01/31/08 | Point of Sale | 60 Commissary | 031720 | 491338 | Commissary | -12.84 | 80.88 |
| 02/06/08 | Disbursements | 80 Postage | 037338 | Chk #31285 | 020408, Pitney Bowes Credit Co, Inv. Date: 02/04/2008 | -1.14 | 79.74 |
| 02/06/08 | Mail Room | 01 MO/Checks (Not Held) | 037282 | 467948 | Baggett, Chaunessie | 50.00 | 129.74 |
| 02/08/08 | Point of Sale | 60 Commissary | 039720 | 492317 | Commissary | -71.48 | 58.26 |
| 02/08/08 | Point of Sale | 60 Commissary | 039720 | 492322 | Commissary | -2.76 | 55.50 |
| 02/14/08 | Point of Sale | 60 Commissary | 045731 | 492880 | Commissary | -37.09 | 18.41 |
| 02/14/08 | Payroll | 20 Payroll Adjustment | 045163 | | P/R month of 01/2008 | 13.92 | 32.33 |
| 02/14/08 | Disbursements | 84 Library | 045338 | Chk #31348 | 0122, DOC: 523 Fund Library,    Inv. Date: 01/22/2008 | -1.15 | 31.18 |
| 02/14/08 | Disbursements | 84 Library | 045338 | Chk #31348 | 0207, DOC: 523 Fund Library,    Inv. Date: 02/07/2008 | -.80 | 30.38 |
| 02/14/08 | Disbursements | 80 Postage | 045338 | Chk #31352 | 021108, Pitney Bowes Credit Co, Inv. Date: 02/11/2008 | -.58 | 29.80 |
| 02/15/08 | Mail Room | 01 MO/Checks (Not Held) | 046282 | 956312799 | American Osteopathic | 50.00 | 79.80 |
| 02/20/08 | Disbursements | 88 Miscellaneous Payables | 051338 | Chk #31395 | 02202008, Pack Central Inc.,    Inv. Date: 02/20/2008 | -29.00 | 50.80 |
| 02/22/08 | Point of Sale | 60 Commissary | 053720 | 494066 | Commissary | -34.20 | 16.60 |
| 02/27/08 | Disbursements | 80 Postage | 058338 | Chk #31473 | 021608, Pitney Bowes Credit Co, Inv. Date: 02/15/2008 | -.97 | 15.63 |
| 02/27/08 | Disbursements | 80 Postage | 058338 | Chk #31473 | 021908, Pitney Bowes Credit Co, Inv. Date: 02/19/2008 | -4.60 | 11.03 |
| 02/27/08 | Disbursements | 80 Postage | 058338 | Chk #31473 | 022608, Pitney Bowes Credit Co, Inv. Date: 02/26/2008 | -.41 | 10.62 |
| 02/27/08 | Disbursements | 80 Postage | 058338 | Chk #31473 | 021508, Pitney Bowes Credit Co, Inv. Date: 02/15/2008 | -.41 | 10.21 |
| 02/27/08 | AP Correction | 80 Postage | 058538 | Chk #31473 Voided | 021508 - Pitney Bowes Credit C | .97 | 11.18 |
| 02/27/08 | AP Correction | 80 Postage | 058538 | Chk #31473 Voided | 021508 - Pitney Bowes Credit C | .41 | 11.59 |
| 02/27/08 | AP Correction | 80 Postage | 058538 | Chk #31473 Voided | 021908 - Pitney Bowes Credit C | 4.60 | 16.19 |
| 02/27/08 | AP Correction | 80 Postage | 058538 | Chk #31473 Voided | 022608 - Pitney Bowes Credit C | .41 | 16.60 |
| 02/27/08 | Disbursements | 80 Postage | 058338 | Chk #31474 | 021908, Pitney Bowes Credit Co, Inv. Date: 02/19/2008 | -4.60 | 12.00 |
| 02/27/08 | Disbursements | 80 Postage | 058338 | Chk #31474 | 021508, Pitney Bowes Credit Co, Inv. Date: 02/15/2008 | -.41 | 11.59 |
| 02/27/08 | Disbursements | 80 Postage | 058338 | Chk #31474 | 022608, Pitney Bowes Credit Co, Inv. Date: 02/26/2008 | -.41 | 11.18 |
| 02/27/08 | Disbursements | 80 Postage | 058338 | Chk #31474 | 021508, Pitney Bowes Credit Co, Inv. Date: 02/15/2008 | -.97 | 10.21 |
| 02/29/08 | Mail Room | 01 MO/Checks (Not Held) | 060282 | 469175 | Baggett, Chaunessie | 50.00 | 60.21 |
| 02/29/08 | Point of Sale | 60 Commissary | 060731 | 495138 | Commissary | -9.68 | 50.53 |
| 02/29/08 | Mail Room | 01 MO/Checks (Not Held) | 060282 | 956312864 | Baggett, C. | 50.00 | 100.53 |
| 03/03/08 | Disbursements | 88 Tapes | 063379 | Chk #31492 | 030308, Pack Central Inc.,    Inv. Date: 03/03/2008 | -27.50 | 73.03 |
| 03/05/08 | Disbursements | 80 Postage | 065338 | Chk #31513 | 030308, Pitney Bowes Credit Co, Inv. Date: 03/03/2008 | -.97 | 72.06 |
| 03/05/08 | Disbursements | 80 Postage | 065338 | Chk #31513 | 030608, Pitney Bowes Credit Co, Inv. Date: 03/05/2008 | -.80 | 71.26 |
| 03/06/08 | Point of Sale | 60 Commissary | 066720 | 496030 | Commissary | -59.09 | 12.17 |
| 03/07/08 | Mail Room | 01 MO/Checks (Not Held) | 067282 | 427690 | Gispie, Linda | 45.00 | 57.17 |
| 03/10/08 | Mail Room | 01 MO/Checks (Not Held) | 070282 | 956312940 | Baggett, C. | 50.00 | 107.17 |
| 03/11/08 | Mail Room | 01 MO/Checks (Not Held) | 071282 | 347368 | Al-Din, Shahlah | 30.00 | 137.17 |

**Date:** 3/24/2008

**Time:** 7:24am

d_list_inmate_trans_statement_composite

# Vandalia Correctional Center
## Trust Fund
### Inmate Transaction Statement

REPORT CRITERIA - Date: 08/01/2007 thru End;   Inmate: R13132;   Active Status Only ? : No;   Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print
Balance Errors Only ? : No

**Inmate: R13132 Aidin, Najam**      **Housing Unit: VAN-I -01-69**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|--------|---------|
| 03/13/08 | Point of Sale | 60 Commissary | 073731 | 496889 | Commissary | -39.12 | 98.05 |
| 03/13/08 | Payroll | 20 Payroll Adjustment | 073163 | | P/R month of 02/2008 | 14.40 | 112.45 |
| 03/13/08 | Disbursements | 84 Library | 073338 | Chk #31574 | 02212008, DOC: 523 Fund Librar, Inv. Date: 02/21/2008 | -.40 | 112.05 |
| 03/13/08 | Disbursements | 84 Library | 073338 | Chk #31574 | 3/12/2008, DOC: 523 Fund Libra, Inv. Date: 03/12/2008 | -1.85 | 110.20 |
| 03/13/08 | Mail Room | 01 MO/Checks (Not Held) | 073282 | 1054802 | Cook County | 200.00 | 310.20 |
| 03/13/08 | Disbursements | 80 Postage | 073338 | Chk #31577 | 031008, Pitney Bowes Credit Co, Inv. Date: 03/10/2008 | -1.14 | 309.06 |
| 03/13/08 | Disbursements | 80 Postage | 073338 | Chk #31577 | 030708, Pitney Bowes Credit Co, Inv. Date: 03/07/2008 | -.41 | 308.65 |
| 03/13/08 | Disbursements | 80 Postage | 073338 | Chk #31577 | 031308, Pitney Bowes Credit Co, Inv. Date: 03/13/2008 | -1.98 | 306.67 |
| 03/14/08 | Disbursements | 88 Miscellaneous Payables | 074338 | Chk #31593 | 03142008, Pack Central Inc., Inv. Date: 03/14/2008 | -22.50 | 284.17 |
| 03/19/08 | Disbursements | 80 Postage | 079338 | Chk #31659 | 031408, Pitney Bowes Credit Co, Inv. Date: 03/14/2008 | -.41 | 283.76 |
| 03/19/08 | Disbursements | 80 Postage | 079338 | Chk #31659 | 031408, Pitney Bowes Credit Co, Inv. Date: 03/14/2008 | -.41 | 283.35 |
| 03/19/08 | Disbursements | 80 Postage | 079338 | Chk #31659 | 031408, Pitney Bowes Credit Co, Inv. Date: 03/14/2008 | -.97 | 282.38 |
| 03/20/08 | Point of Sale | 60 Commissary | 080716 | 498026 | Commissary | -54.39 | 227.99 |
| 03/21/08 | Disbursements | 88 Miscellaneous Payables | 061338 | Chk #31689 | 03212008, Pack Central Inc., Inv. Date: 03/21/2008 | -33.50 | 194.49 |

| | |
|---|---|
| **Total Inmate Funds:** | 194.49 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | 1.14 |
| **Funds Available:** | 193.35 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|--------------|----------------|------|-------------|--------|--------|
| 03/20/2008 | 032008 | Disb | Postage | 6981 Pitney Bowes Credit Corp | $1.14 |
| | | | | **Total Restrictions:** | $1.14 |