**FILED**

UNITED STATES DISTRICT COURT
<u>Northern</u>    DISTRICT OF ILLINOIS

APR 2 1 2008
Apr 21, 2008
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

NAJAM ALDIN

Plaintiff(s)                                    )
                                                )
                                                )
        v.                                      )
                                                )        Cas
                                                )        08CV2263
ILLINOIS DEPARTMENT OF CORRECTIONS, et al)       )
Defendant(s)                                    )        Jud   JUDGE SHADUR
                                                )              MAG. JUDGE MASON
                                                )
                                                )

<u>MOTION FOR APPOINTMENT OF COUNSEL</u>

1.  I, ___Najam Aldin___, declare that I am the (check appropriate box)
    ☒ plaintiff ☐ defendant in the above-entitled proceeding and state that I am unable to afford
    the services of an attorney, and hereby request the Court to appoint counsel to represent me in
    this proceeding.

2.  In support of my motion, I declare that I have made the following attempts to retain counsel to
    represent me in this proceeding:

3.  In further support of my motion, I declare that (check appropriate box):

    ☒  I am not currently, nor previously have been, represented by an attorney appointed by the
       Court in this or any other civil or criminal proceeding before this Court.

    ☐  I am currently, or previously have been, represented by an attorney appointed by this Court in
       the proceeding(s) described on the back of this page.

4.  In further support of my motion, I declare that (check appropriate box):

    ☒  I have attached an original Application to Proceed In Forma Pauperis in the proceeding
       detailing my financial status.

    ☐  I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is
       a true and correct representation of my financial status.

    ☐  I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; how
       ever, my financial status has changed and I have attached an amended Application to Proceed
       In Forma Pauperis to reflect my current financial status.

5.  I declare under penalty that the foregoing is true and correct.

                                    /s/ _Najam Aldin_____
                                        Najam Aldin, R13132
                                        Box 500, Reg.No. _R13132_
                                        VANDALIA CORRECTIONAL CENTER.
                                        VANDALIA IL, 62471

Date: _____