## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2263 | **DATE** | 4/23/2008 |
| **CASE TITLE** | Najam Aldin vs. Illinois Dept. Of Corrections, et al | | |

**DOCKET ENTRY TEXT**

This action is ordered transferred to the United States District Court for the Southern District of Illinois pursuant to 28 U.S.C. 1406.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|