

**MICHAEL W. DOBBINS**
    **CLERK**

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

May 12, 2008

Mona Zingrich, Operations Supervisor
104 Melvin Price Federal Bldg and
 United States Courthouse
750 Missouri Avenue
East St. Louis, IL 62201

RE: Aldin v. Illinois Department of Corrections
Case No:08-cv-02263

Dear Clerk:

Pursuant to the order entered by Judge Milton I. Shadur, on April 23, 2008, the above record

■   was electronically transmitted to Southern District of Illinois

■   The following paper documents are being transferred to the court by certified mail. Document number: 6

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

By:    /s/ Gwen Rosegay
         Deputy Clerk

Enclosures

New Case No. _____        Date _____

cc:    Non-ECF Attorneys and Pro se Parties