

08CV2263

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mona Zingrich, Operations Supervisor
104 Melvin Price Federal Bldg and
United States Courthouse
750 Missouri Avenue
East St. Louis, IL 62201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Orma Alexander_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): ORMAN ALEXANDER
C. Date of Delivery: 5-14-08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 0100 0001 7313 3002

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

FILED
MAY 19 2008 PH
May 19 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT