



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS
CLERK

May 12, 2008

**FILED**

MAY 2 0 2008  T C

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Mona Zingrich, Operations Supervisor
104 Melvin Price Federal Bldg and
United States Courthouse
750 Missouri Avenue
East St. Louis, IL 62201

RE: Aldin v. Illinois Department of Corrections
Case No:08-cv-02263

Dear Clerk:

Pursuant to the order entered by Judge Milton I. Shadur, on April 23, 2008, the above record

- was electronically transmitted to Southern District of Illinois

- The following paper documents are being transferred to the court by certified mail. Document number: 6

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

By:   /s/ Gwen Rosegay
      Deputy Clerk

Enclosures

New Case No. 08-343-MJR          Date 5/15/08

cc:   Non-ECF Attorneys and Pro se Parties